**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | |
|---|---|
| **JAMES T. MUNCY, JR., et al.,** : | |
| : | Case No. 2:19-cv-03324 |
| **Plaintiffs,** : | |
| : | **JUDGE ALGENON L. MARBLEY** |
| v. : | |
| : | Magistrate Judge Jolson |
| **HOUND DOGS TOWING AND RECOVERY,** : | |
| et al., : | |
| : | |
| **Defendants.** : | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the April 13, 2020 Opinion and Order the Court **GRANTS** the Joint Motion for Approval of FLSA Settlement [#7]. The claims in Plaintiffs' Complaint are hereby **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction over this action to enforce the terms of the Settlement Agreement.

**Date:  April 13, 2020**                           Richard W. Nagel, Clerk


    s/Betty L. Clark
Betty L. Clark/Deputy Clerk